|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | **USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED:** 12/22/2021 |

LUIGI GIROTTO,

                        Plaintiff,

      v.

IL POSTINO, INC., d/b/a IL POSTINO, and YOUANDI CORP.,

                        Defendants.

No. 21-CV-7998 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On December 21, 2021, the Court issued an Order observing that Defendants had not timely answered the Complaint in this case and directing them to do so by January 10, 2022. Defendants have since filed a joint Answer. Accordingly, the Court reinstates the initial conference that was scheduled for January 7, 2022 at 3:15 p.m. The instructions in the Court's October 8, 2021 Order continue to apply, including the instructions regarding the joint letter due to the Court on or before December 30, 2021.

SO ORDERED.

Dated:    December 22, 2021
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge